
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE
PO BOX 9014
CENTRAL ISLIP, NY 11722-9014
OFFICIAL BUSINESS
FILED
DISTRICT COURT E.D.N.Y.
LONG ISLAND OFFICE
Mario Chavarria
Apartado 3124-1000
San Jose, Costa Rica
00465/0001
06 OCT 2009
Sergio Abarca

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

MADISON STOCK TRANSFER, INC.

Plaintiff,

-against-

NETCO INVESTMENTS, INC. MARCO CHAVARRIA, AJW PARTNERS, LLC, NEW MILLENIUM CAPITAL PARTNERS II, LLC, AJW OFFSHORE, LTD. And AJW QUALIFIED PARTNERS, LLC.,

Defendants.

---------------------------------------------------------X

MEMORANDUM AND ORDER

CV 06-3926
(Wexler, J.)

APPEARANCES:

MARSHALL SCHICTMAN & ASSOCIATES.
BY: MARSHALL SCHICTMAN, ESQ.
Attorneys for Plaintiff
One Old Country Road, Suite 498
Carle Place, NY 11514

SCOTT R. COHEN, ESQ.
Attorney for Defendant NetCo Investments, Inc.
One Old Country Road,
Carle Place, NY 11514

MARCO CHAVARRIA
Defendant Pro Se
Apartado 3124-1000
San Jose, Costa Rica

Bellaza Corp.
Apartado 10199-1000

San Jose, Costa Rica[1]

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
BY: HERBERT C. ROSS, ESQ.
Attorneys for Interveners/Defendants
AJW Partners, LLC, New Millenium Capital Partners, LLP
AJW Offshore, Ltd., and Qualified Partners, LLC
65 East 55th Street
New York, New York 10022

WEXLER, District Judge

This is an interpleader action commenced pursuant to 28 U.S.C. §1335, by Plaintiff Madison Stock Transfer, Inc. ("Madison"). In a Memorandum and Order dated April 23, 2009, this court adopted the Report and Recommendation of Magistrate Judge Wall dated December 18, 2008, which recommended that a default judgment be entered against Chavarria on the Intervenor-Defendants' cross-claim against him and that Chavarria's counterclaim against them be dismissed. That Memorandum and Order noted Chavarria's complete disregard for the discovery orders in this matter, and his failure to appear in person at all, in this litigation. In accord with this court's adoption of the R&R, the Clerk of the Court was directed to enter a judgment of default against Chavarria on the Intervenor-Defendants' cross-claim against him and to dismiss Chavarria's counterclaim against them.

The court notes that Mr. Chavarria also has pending two motions docketed at numbers 156 and 157. The motions are hereby denied because of Chavarria's failure to participate in this

---

[1] The court lists two addresses here for Mr. Chavarria. The first address is listed as his address of record and the second is the return address printed on the envelope that contained Chavarria's objections to the report and recommendation that is before the court. The court will mail copies of this opinion to both addresses.

action. A party such as Chavarria cannot repeatedly seek the assistance of this court, many times making the same request multiple times, yet fail to participate in the litigation. His pending motions are therefore denied.

Also presently before the court is the motion of Plaintiff Madison Stock Transfer, Inc. ("Madison Stock") for the same relief previously granted to the Intervenors/Defendants, i.e., a judgment of default against Marco Chavarria. Madison Stock seeks a judgment of default for the same reasons such a judgment was sought by the Intervenors/Defendants, i.e., Chavarria's complete disregard of discovery orders and his failure to appear personally in this matter over the number of years that the case has been pending. This court agrees that Madison Stock has been prejudiced to the same extent as the Intervenors/Defendants by Chavarria's failure to participate in discovery and is therefore entitled to the same relief. The Clerk of the Court is therefore directed to enter a judgment of default in favor of Madison Stock and against Marco Chavarria for his failure to participate in discovery in this litigation.

In light of the entries of full default against Netco and Chavarria, the Clerk of the Court is directed to close the file in this matter.

SO ORDERED.

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
September 30, 2009